UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOYCE GILLS, as Personal Representative
of the Estate of Corban Ward, Deceased,

   Plaintiff,         Case No. 1:07-cv-243

v                 Hon. Wendell A. Miles

KALAMAZOO PSYCHIATRIC HOSPITAL,
et al,

   Defendants.
_____/

**ORDER**

   The court has received a request to record and broadcast a courtroom scheduling conference using video, audio and photographic media (docket no. 10).  The request was submitted on a form used by the state courts of Michigan which is not applicable to a federal court.  No one from the television station in question appeared at the time of the conference which was open to the public.

   The televised broadcast or audio recording of judicial proceedings in federal courthouses in this district are prohibited by court rule, except under circumstances not applicable here.  *See,* L.Civ.R. 83.3(a)(v).

   Accordingly, the request is DENIED.


Entered:  June 20, 2007      /s/ Hugh W. Brenneman, Jr.
              HUGH W. BRENNEMAN, JR.
              United States Magistrate Judge